**Sara L. Gabin**, OSB #81234
Internet E-mail address:  slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone:  503.620.3171
Fax:  503.620.3365
Attorney(s) for:  Laura Jeannette Dickson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LAURA JEANNETTE DICKSON, | Case No. 3:21-cv-00674-JR |
| Plaintiff, | |
| v. | ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS |
| KILOLO KIJAKAZI, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

This matter having come before the court upon the Stipulated Motion of the parties, and this court being otherwise fully advised:

IT IS HEREBY ORDERED that plaintiff is awarded Equal Access to Justice (EAJA) Fees in the amount of $5,997.30.

IT IS FURTHER HEREBY ORDERED that under *Astrue v. Ratliff*, 130 S. Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

IT IS FURTHER HEREBY ORDERED that, plaintiff having assigned her right to EAJA

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS

Page 1

fees to her attorney Ms. Sara L. Gabin, if the U.S. Department of the Treasury determines that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to plaintiff's attorney.

IT IS FURTHER HEREBY ORDERED that whether the check is made payable to plaintiff or to Ms. Gabin, the check shall be mailed to Ms. Gabin at the following address: 14523 Westlake Drive, Lake Oswego, OR  97035.

IT IS FURTHER HEREBY ORDERED that plaintiff is awarded costs advanced in the amount of $402.00, to be made payable to her attorney.

IT IS SO ORDERED this 1st day of May, 2023.

    /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

ORDER GRANTING *STIPULATED* MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), AND FOR AN AWARD OF COSTS

Page 2